IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK E. LANGSTON,<br><br>　　　　Petitioner,<br><br>　v.<br><br>JIM HAMLET, Warden,<br><br>　　　　Respondent.<br>_____ | No. C 04-1100 SBA (pr)<br><br>**JUDGMENT** |

　　　　The Court has dismissed Petitioner's pro se petition without prejudice for failure to exhaust state judicial remedies. A judgment of dismissal without prejudice is entered. The Clerk of the Court shall close the file.

　　　　IT IS SO ORDERED.

DATED: March 2, 2006

　　　　　　　　　　　　　　　　　　　　_Saundra B Armstrong_
　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　United States District Judge